UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Laura Ann Seeber<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-29894<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

### Order Dismissing Case for Unreasonable Delay

This matter coming before the Court on Trustee's Motion, the Court having heard the facts and the arguments of Counsel;

IT IS HEREBY ORDERED:

1. This case is dismissed for Debtor Laura Ann Seeber. Joint Debtor Raymond Joseph Peterson Jr. converted to a Chapter 7 on 01/07/16.

Enter: _[signature]_

United States Bankruptcy Judge

Dated: **JAN 1 5 2016**

**Prepared by:**
Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300

Rev: 20130103_bko