**United States Bankruptcy Court**
**Northern District of Illinois,  Eastern Division**

| | |
|---|---|
| IN RE:  Raymond Joseph Peterson, Jr.             ) | Chapter 13 |
| Laura Ann Seeber                                             ) | Case No. 15 B 29894 |
| Debtor(s)                                                           ) | Judge Timothy A Barnes |
| Printed: 02/29/2016 | Filed: 08/31/2015 |

## ORDER OF DISCHARGE OF TRUSTEE

After examination of the final report and account of the trustee, the court finds that Marilyn O Marshall has fulfilled her obligaions as trustee.

NOW THEREFORE IT IS ORDERED THAT:
Marilyn O Marshall is discharged as trustee and released from all further liabliltiy in this case, and trustee's surety is also released and discharged.

FOR THE COURT

Date: 02/29/2016                                            Jeffrey P. Allsteadt
                                                                         Clerk of the Bankruptcy Court