**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Raymond Joseph Peterson Jr.
10931 S. Lombard Avenue
Chicago Ridge, IL 60415
SSN: xxx–xx–4822 EIN: N.A.
aka Ray J Peterson

Laura Ann Seeber
10931 S. Lombard Avenue
Chicago Ridge, IL 60415
SSN: xxx–xx–2804 EIN: N.A.
fka Laura A Mandernach

Case No. :  15–29894
Chapter :   7
Judge :     Timothy A. Barnes

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES
OF REQUIRED DOCUMENT FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Certification About a Financial Management Course (Official Form 423) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available at our website at www.ilnb.uscourts.gov/Forms/

You must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 423, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: March 5, 2016

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                            Northern District of Illinois
```

In re:                                                          Case No. 15-29894-TAB
Raymond Joseph Peterson, Jr.                                    Chapter 7
Laura Ann Seeber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1           Date Rcvd: Mar 07, 2016
                              Form ID: definmgt        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
db/jdb         +Raymond Joseph Peterson, Jr.,    Laura Ann Seeber,    10931 S. Lombard Avenue,
                 Chicago Ridge, IL 60415-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2016 at the address(es) listed below:
          Charles L. Magerski    on behalf of Debtor 1 Raymond Joseph Peterson, Jr.
           Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Charles L. Magerski    on behalf of Debtor 2 Laura Ann Seeber Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz, ESQ    on behalf of Trustee Robert B Katz, ESQ rkatztrustee@gmail.com,
           rkatz@ecf.epiqsystems.com
          Robert B Katz, ESQ    rkatztrustee@gmail.com,    rkatz@ecf.epiqsystems.com
          Rocio   Herrera    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           rocio@johnsonblumberg.com,    bkecfnotices@johnsonblumberg.com
                                                                                              TOTAL: 6